PD-1410&1411&1412-15

RECEIVED

OCT 23 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

To Whom it may concern,

I Shaun Khondoker would like to file a petition for review by the Court of Appeals.

Shaun K.

FILED IN
COURT OF CRIMINAL APPEALS

OCT 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 30 2015

Abel Acosta, Clerk



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

October 26, 2015

Shawn Nicklos Khondoker
#0775383
Tarrant County Jail
100 N. Lamar
Fort Worth, TX 76196

RE:     Court of Appeals Number:  02-14-00461-CR, 02-14-00462-CR, 02-14-00463-CR
        Trial Court Case Number:  1368890D, 1368891D, 1370504D

Style:  Shawn Nicklos Khondoker
        v.
        The State of Texas

Dear Mr. Khondoker:

    We received your request to file a petition for discretionary review on October 23, 2015, for the above causes.

    This is not the proper court for such a request.

    As of September 1, 2011, all correspondence regarding a petition for discretionary review and any petition for discretionary review should be filed directly with the Court of Criminal Appeals in Austin, Texas.  See Tex. R. App. P. 68.3.  Therefore, we have forwarded your documents to:

    CLERK, COURT OF CRIMINAL APPEALS
    SUPREME COURT BUILDING
    201 W. 14TH STREET, RM. 106
    AUSTIN, TX  78701

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Karen Brown, Deputy Clerk

cc: Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201